# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 3, 2018

## NO. 03-17-00452-CV

**Eligio H. Sparks, Appellant**

**v.**

**Christina M. Rutkowski, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE BOURLAND;
JUSTICE PEMBERTON CONCURS IN THE JUDGMENT**

This is an appeal from the judgment signed by the trial court on June 23, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.